```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

RONALD L. SLATTERY JR.,         )
                                )
              Plaintiff,        )         4:07CV3234
                                )
        v.                      )
                                )
NEBRASKA BOOK COMPANY, INC.,    )         ORDER
                                )
              Defendant.        )
                                )
```

The court has been advised by defendant's counsel that defendant does not oppose plaintiff's motion for extension of deadline.

IT THEREFORE HEREBY IS ORDERED,

Plaintiff's motion for extension of deadline, filing 9, is granted **in part** and the deadline for the parties to file their report of planning conference is extended to November 27, 2007.

DATED this 23rd day of October, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge