IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD L. SLATTERY JR., | ) | |
| | ) | 4:07CV3234 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| NEBRASKA BOOK COMPANY, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

The parties have submitted a joint stipulation (filing 24) seeking prior approval of the plaintiff's decision to waive his FMLA rights and to otherwise settle the case. After consultation with counsel,

IT IS ORDERED that the joint stipulation (filing 24) is approved and to the extent the plaintiff's waiver requires approval of the undersigned, said approval is hereby granted. A separate judgment shall issue.

June 10, 2008.　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　*S/Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States District Judge